913 F.2d 1296w
 Fed. Sec. L. Rep. P 95,491
K & S PARTNERSHIP, Robert F. Swartzbaugh; Richard W.
Kelley, Charles C. Myers, Don Erftmier, Carl L. Boschult,
William A. Lorenz, Nancy D. Lorenz, Harley D. Schrager,
Samuel A. Ancona, Joseph I. Ancona, Carl Ancona, Michael J.
Ancona, Byron D. Strattan, Dennis Strauss, Tony LaMalfa,
Kevin J. Cloonan, Stephen H. Simon, Frederick J. Simon, Alan
Simon, Gary Gunderson, Frank Woods Petersen, Thomas T.
Bernstein, Donald D. Graham, Albert Block, Mark Anthony,
Eugene McIntyre, Dorothy McIntyre, John E. Ryan, Paul
Alperson, Gerald E. Palmer, Ronald K. Parsonage, William W.
Smith, O. Douglas Osterholm, and Bernard Magid, Appellees,
v.
CONTINENTAL BANK, N.A., Appellant.
K & S PARTNERSHIP, Robert F. Swartzbaugh; Richard W.
Kelley, Charles C. Myers, Don Erftmier, Carl L. Boschult,
William A. Lorenz, Nancy D. Lorenz, Harley D. Schrager,
Samuel A. Ancona, Joseph I. Ancona, Carl Ancona, Michael J.
Ancona, Byron D. Strattan, Dennis Strauss, Tony LaMalfa,
Kevin J. Cloonan, Stephen H. Simon, Frederick J. Simon, Alan
Simon, Gary Gunderson, Frank Woods Petersen, Thomas T.
Bernstein, Donald D. Graham, Albert Block, Mark Anthony,
Eugene McIntyre, Dorothy McIntyre, John E. Ryan, Paul
Alperson, Gerald E. Palmer, Ronald K. Parsonage, William W.
Smith, O. Douglas Osterholm, and Bernard Magid, Appellants,
v.
CONTINENTAL BANK, N.A., Appellee.
 Nos. 89-2678, 89-2679.
 United States Court of Appeals,
Eighth Circuit.
 Submitted May 14, 1990.
Decided Sept. 12, 1990.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION